UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
J. V. WILLIAMS,                         : 07 Civ. 7173 (RJH) (JCF)
                                        :
            Petitioner,                 : REPORT AND
                                        : RECOMMENDATION
    - against -                         :
                                        :
WARDEN JANICE M. KILLIAN,               :
                                        :
            Respondent.                 :
- - - - - - - - - - - - - - - - - - - -:
TO THE HONORABLE RICHARD J. HOLWELL, U.S.D.J.:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

    J. V. Williams brings this habeas corpus petition challenging the calculation of his release date by the U.S. Bureau of Prisons. By the time the case was referred to me, Mr. Williams had already been released from custody. Therefore, by Order dated December 13, 2007, I directed the petitioner to show cause by December 31, 2007 why his petition should not be dismissed as moot. He never responded. Accordingly, I recommend that the petition be dismissed because Mr. Williams' release from custody has rendered moot the only claim that he asserted.

    Pursuant to 28 U.S.C. § 636(b)(1) and Rules 72, 6(a), and 6(e) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from this date to file written objections to this Report and Recommendation. Such objections shall be filed with the Clerk of the Court, with extra copies delivered to the chambers of the Honorable Richard J. Holwell, Room 1950, and to the chambers of the undersigned, Room 1960, 500 Pearl Street, New York, New York 10007. Failure to file timely objections will preclude appellate review.

Respectfully submitted,

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         January 11, 2008

Copies mailed this date to:

J. V. Williams
1350 R Street, NW
Washington, DC 20009

David Bober, Esq.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007

2