UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

J. V. WILLIAMS,

                Petitioner,

-against-

WARDEN JANICE M. KILLIAN,

                Respondent.

07 Civ. 7173 (RJH) (JCF)

**ORDER**

On January 11, 2008, Magistrate Judge Francis issued a Report and Recommendation ("the Report") in this case recommending that the petition for a writ of habeas corpus be dismissed as moot. In the Report, Judge Francis observed that Mr. Williams' release from custody rendered moot his objection to the U.S. Bureau of Prison's calculation of his release date. Petitioner has not filed an objection to the Report. In the absence of objections, the Court reviews the Report for clear error. *See Edwards v. Fischer*, 414 F. Supp. 2d 342, 346–47 (S.D.N.Y. 2006). Finding none, the Court adopts the Report and dismisses the petition as moot.

SO ORDERED.

Dated: New York, New York
       May 19, 2008

                                              Richard J. Holwell
                                              United States District Judge